IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 04-20282-Ma

KEVIN M. WHEELER,

    Defendant.

---

ORDER GRANTING MOTION TO WAIVE APPEARANCE
AT RE-SENTENCING

---

Before the court is defendant's December 16, 2005, motion requesting that he be allowed to waive his appearance at his resentencing in this matter.

The defendant's signed waiver of appearance was submitted with the motion. For good cause shown, Kevin M. Wheeler's appearance is waived at his resentencing based on his written waiver. The resentencing is **set Thursday, January 5, 2006, at 9:00 a.m.**

It is so ORDERED this 19th day of December, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-21-05

34



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20282 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT